# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Steven C. Mannion |
| v. | : | Mag. No. 18-6061 |
| JASON DISANTO | : | **CRIMINAL COMPLAINT** |

I, Jennifer Miller, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

_____
Special Agent Jennifer Miller
Department of Homeland Security,
Homeland Security Investigations

Sworn to before me and subscribed in my presence,

April 17, 2018                            at     Essex County, New Jersey
Date                                                County and State

Honorable Steven C. Mannion
United States Magistrate Judge                    _____
Name and Title of Judicial Officer                Signature of Judicial Officer

## ATTACHMENT A

On or about October 23, 2017, in Monmouth County, in the District of New Jersey and elsewhere, the defendant

## JASON DISANTO

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and 2252A(b)(1) and Title 18, United States Code, Section 2.

## ATTACHMENT B

I, Jennifer Miller, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint, defendant Jason DiSanto ("DISANTO") was a resident of Ocean Township, New Jersey.

2. In July 2015, Homeland Security Investigations ("HSI") in Phoenix, Arizona began investigating a global organization of individuals who use a video-conferencing application to share and live stream videos of child pornography, sexually exploitative content, and the live sexual molestation of minors.

3. In September 2016, HSI Phoenix alerted HSI agents working in the Human Trafficking and Child Exploitation Unit in Newark, New Jersey, to an IP address accessing the application under investigation. The IP address was subscribed to by DISANTO at his residence in Ocean Township, NJ.

4. On November 5, 2017, law enforcement performed a lawful search and seizure of various electronic media belonging to DISANTO.

5. The search of a laptop computer belonging to DISANTO revealed the presence of a video file as described below:

"Horny-Videos-Cool kidxxx_2.FLV" is approximately 2 minutes and 8 seconds in duration, and it depicts a naked pre-pubescent male on his hands and knees facing away from the camera with a naked adult male kneeling behind him. The adult male digitally penetrates the child's anus while masturbating and then has anal sex with the child.

6. The file described in paragraph 5 above was contained in the "Downloads" folder on DISANTO's laptop with a "creation date" of October 23, 2017.

7. Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the video file described in paragraph 5 above traveled in interstate commerce because it was transmitted to DISANTO's computer via a download from the Internet.

8.	Located within a text file on DISANTO'S laptop was a URL address to a website that provides cloud storage and file-hosting services. The text file was created on or about October 19, 2017. Agents were able to access the website through the URL and download its contents, which contained approximately 1,200 files, many of which appeared to contain child pornography. The Horny-Videos-Cool kidxxx_2.FLV file was found in the "Vids2" folder within the website.

9.	A subsequent forensic examination of the laptop computer belonging to DISANTO also revealed that the device contained over 30 "thumbnail" files believed to be child pornography.

10.	The search of DISANTO's electronic storage devices also revealed a chat between DISANTO and another individual ("Individual 1"). In this chat, DISANTO discussed the sexual abuse of children. For example, on October 13, 2017, Individual 1 described to DISANTO his sexual encounters with a 12-year old girl and a 14-year old boy. DISANTO responded in part, "damn thats [expletive] hot. you ever share em?" DISANTO also asked, "u ever on cam with em?"